1  Michael P. West, Esq. (SBN 172478)
   Ashley A. Escudero, Esq. (SBN 250473)
2  **CLARK HILL LLP**
   1055 West Seventh Street, 24th Floor
3  Los Angeles, California 90017
   Telephone:  (213) 891 9100
4  Facsimile:   (213) 488-1178
   mwest@clarkhill.com
5  aescudero@clarkhill.com

6  Attorneys for Defendant, DOWNEY COMMUNITY CARE, LLC
   d/b/a Brookfield Healthcare Center (also sued and served as
7  "Brookfield Healthcare Center"0

8
9          **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| 11  CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals, | Case No.: |
| 12 | |
| 13 | **DEFENDANT DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER'S NOTICE OF INTERESTED PARTIES** |
| 14          Plaintiffs, | |
| 15  vs. | **Fed. R. Civ. P. 7.1** |
| 16  BROOKFIELD HEALTHCARE CENTER, unknown business entity; DOWNEY COMMUNITY CARE LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive, | [Re: Los Angeles Superior Court Case No. 21STCV04176] |
| 17 | |
| 18 | |
| 19          Defendants. | |
| 20 | |

21        **TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

22        The undersigned is counsel of record for Defendant DOWNEY COMMUNITY

23  CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER and hereby submits

24  the following disclosure statement pursuant to Fed. R. Civ. P. 7.1.

25        Defendant  DOWNEY  COMMUNITY  CARE,  LLC  D/B/A  BROOKFIELD

26  HEALTHCARE CENTER, declares the following: Flagstone Healthcare South, LLC

27  ///

28
                                   1
                **NOTICE OF INTERESTED PARTIES**

1  owns 100% of Downey Community Care, LLC d/b/a Brookfield Healthcare Center.

2  The Ensign Group, Inc owns 100% of Flagstone Healthcare South, LLC (100%).

3

4  Dated:  March 5, 2021

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CLARK HILL LLP**

By:  /s/ Michael P. West
                Michael P. West
                Ashley Escudero
                Attorneys for Defendant, Downey
                Community Care, LLC d/b/a Brookfield
                Healthcare Center

2

**NOTICE OF INTERESTED PARTIES**