| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Kenneth G. Ruttenberg (SBN 167377)<br>Katherine M. Shrager (SBN 280632)<br>The Ruttenberg Law Firm, P.C.<br>1901 Avenue of the Stars, Suite 1020<br>Los Angeles, California 90067<br>Phone: (310)979-7080<br>Fax: (310)207-4033<br>Email: ken@ruttenbergpc.com | |
| ATTORNEY(S) FOR: Plaintiffs Carmen Padilla, et al. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carmen Padilla, Leticia Padilla, Jose Padilla, Jesus Padilla, Ismael Padilla, and Alfredo Padilla<br><br>Plaintiff(s),<br><br>v.<br><br>Brookfield Healthcare Center; Downey Community Care LLC<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-02062-DMG-AS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs Carmen Padilla, et al._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Carmen Padilla | Plaintiff |
| Leticia Padilla | Plaintiff |
| Jose Padilla | Plaintiff |
| Jesus Padilla | Plaintiff |
| Ismael Padilla | Plaintiff |
| Alfredo Padilla | Plaintiff |
| | |
| Brookfield Healthcare Center | Defendant |
| Downey Community Care LLC dba Brookfield Healthcare Center | Defendant |

| March 9, 2021 | /s/ Katherine M. Shrager |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Carmen Padilla, et al.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the COUNTY of LOS ANGELES, STATE of CALIFORNIA.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 1020, Los Angeles, California 90067.

  On **March 9, 2021**, I served the foregoing document(s) described as **Notice of Interested Parties** in this action as follows:

Michael P. West, Esq.
Ashley A. Escudero, Esq.
CLARK HILL LLP
1055 West Seventh Street, 24th floor
Los Angeles, CA 90017
Tel: (213) 891-9100
Fax: (213) 488-1178
Email: mwest@clarkhill.com
Email: aescudero@clarkhill.com

*Attorneys for Defendants, Downey Community Care LLC and Brookfield Healthcare Center*

[ x ]  **BY MAIL:**  I am readily familiar with my firm's or other business's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day.  I placed true copies of the above-entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated above, following ordinary business practices.

[ ]  **BY ELECTRONIC MAIL:**  I caused said document(s) to be transmitted by electronic mail to the addressee(s) above.

[ ]  **BY OVERNIGHT DELIVERY:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]  **BY FACSIMILE:**  In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) above.

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 9, 2021**, at Los Angeles, California.

            *Katherine M. Shrager*
            Katherine M. Shrager