Michael P. West, Esq. (SBN 172478)
Ashley A. Escudero, Esq. (SBN 250473)
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891 9100
Facsimile: (213) 488-1178
mwest@clarkhill.com
aescudero@clarkhill.com

Attorneys for Defendant,
DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER (also sued and served as "Brookfield Healthcare Center")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKFIELD HEALTHCARE CENTER, unknown business entity; DOWNEY COMMUNITY CARE LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02062 DMG (ASx)<br><br>**DEFENDANT DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER'S NOTICE OF MOTION TO DISMISS OR, ALTERNATIVELY, FOR 12(i) HEARING; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL P. WEST; AND [PROPOSED] ORDER**<br><br>Date: April 16, 2021<br>Time: 9:30 a.m.<br>Crtroom: 8C |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER ("Defendant") hereby moves this Court to dismiss the Complaint of CARMEN PADILLA, LETICIA PADILLA,

1

**DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER'S NOTICE OF MOTION TO DISMISS OR, ALTERNATIVELY, FOR 12(i) HEARING**

JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals, (collectively, the "Plaintiffs").

As set forth in the accompanying memorandum incorporated by reference herein, the Defendant is immune from Plaintiffs' suit pursuant to the Public Readiness and Emergency Preparedness Act (PREP Act), 42 U.S.C.A. §§ 247d-6d, 247d-6e. Specifically, the PREP Act's broad immunity protection applies to this Defendant because it is a "covered person" engaged in "recommended activities" for "covered countermeasures" during the COVID-19 global pandemic and national emergency. Defendant therefore requests that the Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(b)(1). Alternatively, Defendants request a hearing pursuant to Fed. R. Civ. P. 12(i).  As a further alternative, and to the extent any claim within the Complaint is not dismissed with prejudice, Defendants also respectfully request such other relief as the Court deems proper.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 5, 2021.

Respectfully submitted this 12th day of March, 2021.

**CLARK HILL LLP**

By: /s/ Michael P. West
    Michael P. West
    Ashley Escudero
    *Attorneys for Defendant,*
    *Downey Community Care, LLC dba*
    *Brookfield Healthcare Center*