Michael P. West, Esq. (SBN 172478)
Ashley A. Escudero, Esq. (SBN 250473)
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891 9100
Facsimile: (213) 488-1178
mwest@clarkhill.com
aescudero@clarkhill.com

Attorneys for Defendant,
DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER (also sued and served as "Brookfield Healthcare Center")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKFIELD HEALTHCARE CENTER, unknown business entity; DOWNEY COMMUNITY CARE LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02062 DMG (ASx)<br><br>**DECLARATION OF MICHAEL P. WEST, ESQ. IN SUPPORT OF DEFENDANT DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR 12(i) HEARING**<br><br>Date: April 16, 2021<br>Time: 9:30 a.m.<br>Crtroom: 8C |

I, Michael P. West, hereby declare the following:

1. I am over the age of 18 years old, and am a Member with the law firm Clark Hill, LLP, attorneys of record for Defendants Downey Community Care, LLC dba Brookfield Healthcare Center (collectively "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss or, alternatively, for 12(i) Hearing. If

called as a witness, I would and could testify competently to the following facts, of which I have personal knowledge.

2.     Attached hereto at Exhibit 1 is a true and correct copy of a California Department of Public Health COVID-19 Focused Infection Control Survey dated July 16, 2020.

3.     Attached hereto at Exhibit 2 is a true and correct copy of a California Department of Public Health COVID-19 Focused Infection Control Survey dated March 30, 2020.

4.     Attached hereto at Exhibit 3 is a true and correct copy of a California Department of Public Health COVID-10 Focused Infection Control Survey dated June 18, 2020.

5.     Attached hereto at Exhibit 4 is a true and correct copy of the Advisory Opinion 21-01 on the Public Readiness and Emergency Preparedness Act Scope of Preemption Provision issued January 8, 2021.

6.     Attached hereto at Exhibit 5 is a true and correct copy of the Advisory Opinion on the Public Readiness and Emergency Preparedness Act and the March 10, 2020 Declaration under the Act, April 17, 2020 as Modified on May 19, 2020.

7.     Attached hereto at Exhibit 6 is a true and correct copy of the August 14, 2020 letter from the Department of Health and Human Services, Office of the General Counsel.

8.     Attached hereto at Exhibit 7 is a true and correct copy of the Advisory Opinion 20-04 on the Public Readiness and Emergency Preparedness Act and the Secretary's Declaration under the Act October 22, 2020, as modified on October 23, 2020.

9.     Attached hereto at Exhibit 8 is a true and correct copy of the Fourth Amendment to the Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19.

2

**DECLARATION OF MICHAEL P. WEST, ESQ. IN SUPPORT OF DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR 12(i) HEARING**

10. Attached hereto at Exhibit 9 is a true and correct copy of the Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19.

11. Attached hereto at Exhibit 10 is a true and correct copy of Executive Order N-27-20.

12. Attached hereto at Exhibit 11 is a true and correct copy of the All Facilities Letter 20-01 published by the California Department of Public Health on January 27, 2020

13. On March 5, 2021, I met and conferred with counsel for plaintiffs regarding Defendant's anticipated Motion to Dismiss.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 12, 2021 at Los Angeles, California.

/s/Michael P. West
Michael P. West, *Declarant*