# EXHIBIT "6"

**DEPARTMENT OF HEALTH & HUMAN SERVICES**   Office of the Secretary

The General Counsel
Washington, D.C. 20201

August 14, 2020

Thomas Barker
Foley Hoag LLP
1717 K Street, N.W.
Washington, DC 20006-5350

Dear Mr. Barker:

Thank you for your July 20, 2020 letter seeking confirmation that senior living communities are "covered persons" under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. § 247d-6d, (the PREP Act) when performing certain functions during this declared emergency.

For the reasons set forth below, we conclude that senior living communities are "covered persons" under the PREP Act when they provide a facility to administer or use a covered countermeasure in accordance with the Secretary's March 10, 2020 Declaration under the PREP Act. *See* 85 Fed. Reg. 15,198 (March 17, 2020) (Declaration).[1]

Under the PREP Act and the Declaration, "covered persons," when used with respect to the administration or use of a covered countermeasure, "include manufacturers, distributors, program planners, and qualified persons, and their officials, agents, and employees." *Id.* at 151,199; *see also* 42 U.S.C. § 247d-6d(i)(2). The statute defines "program planner" as a

> State or local government, including an Indian tribe, a person employed by the State or local government, or other person who supervised or administered a program with respect to the administration, dispensing, distribution, provision, or use of a security countermeasure or a qualified pandemic or epidemic product, including a person who has established requirements, provided policy guidance, or supplied technical or scientific advice or assistance or provides a facility to administer or use a covered countermeasure in accordance with a declaration under subsection (b).

42 U.S.C. § 247d-6d(i)(6).

---

[1] This letter addresses only whether senior living communities can be "covered persons." To receive PREP Act immunity, the covered person must satisfy other requirements of the PREP Act and the Secretary's declaration under the Act.

Exhibit 3

Thomas Barker
August 14, 2020
Page 2

The Declaration incorporates this definition, and its preamble explains that a program planner can be a "private sector employer or community group" that "carries out the described activities." 85 Fed. Reg. at 15,201. Thus, a senior living community meets the definition of a "program planner" to the extent that it supervises or administers a program with respect to the administration, dispensing, distribution, provision, or use of a security countermeasure or a qualified pandemic or epidemic product, including by "provid[ing] a facility to administer or use a Covered Countermeasure in accordance with" the Declaration.

This letter sets forth the current views of the Office of the General Counsel.[2] It is not a final agency action or a final order. Nor does it bind HHS or the federal courts. It does not have the force or effect of law.[3]

Sincerely yours,

Robert P. Charrow
General Counsel

---

[2] See Air Brake Sys., Inc. v. Mineta, 357 F.3d 632, 647-48 (6th Cir. 2004) (holding that the Chief Counsel of the National Highway Traffic Safety Administration had delegated authority to issue advisory opinions to regulated entities in fulfillment of a congressional directive to promote regulatory compliance); 5 U.S.C. § 301 ("The head of an executive department . . . may prescribe regulations for the government of his department, the conduct of its employees, [and] the distribution and performance of its business[.]").

[3] It is possible that a senior living community could also be a "qualified person." Under the PREP Act, "qualified person" includes a "person within a category of persons so identified in" a PREP Act declaration. 42 U.S.C. § 247d-6d(i)(8). The Declaration defined "qualified person" to include "[a]ny person authorized in accordance with the public health and medical emergency response of the Authority Having Jurisdiction…to prescribe, administer, deliver, distribute or dispense the Covered Countermeasures, and their officials, agents, employees, contractors, and volunteers." 85 Fed. Reg. at 15,201-15,202. To the extent a senior living community were so authorized, it could be a qualified person.