# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKFIELD HEALTHCARE CENTER, unknown business entity; DOWNEY COMMUNITY CARE LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02062-DMG (ASx)<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>**Date:** April 16, 2021<br>**Time:** 9:30 a.m.<br>**Crtroom:** 8C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon consideration of Defendant DOWNEY COMMUNITY CARE, LLC d/b/a Brookfield Healthcare Center's (also sued and served as "Brookfield Healthcare Center") (collectively, the "Defendant") Motion to Dismiss the Complaint of CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individually (collectively, the "Plaintiffs"), the Motion is granted.

1    Plaintiffs allege that Mr. Asuncion Padilla contracted COVID-19 while under
2 the care of Defendants at Brookfield Healthcare Center, a residential care facility
3 licensed by the state of California, and that Mr. Padilla subsequently died of COVID-
4 19 while hospitalized. Within the Complaint, documents referenced in the Complaint,
5 and documents that this Court may take judicial notice of, Plaintiffs concede that
6 Defendants administered infection control protocols. Plaintiffs allege, however, that
7 these measures were insufficient as they relate to Mr. Padilla.

8    The Complaint allegations therefore arise out of, relate to, or result from the
9 Defendant's administration and use of, among other things, infection control protocols,
10 intended to prevent, diagnose, and treat the spread of the COVID-19 virus. These
11 allegations demonstrate that Defendants were "covered persons" engaged in
12 "recommended activities" for "covered countermeasures" during the COVID-19 global
13 pandemic and national emergency. As such, Defendants are immune from Plaintiffs'
14 suit for damages under the First Cause of Action Elder Neglect and the Second Cause
15 of Action for wrongful death pursuant to the Public Readiness and Emergency
16 Preparedness Act (PREP Act), 42 U.S.C.A. §§ 247d-6d, 247d-6e, , as these claims arise
17 from, relate to, and result from Defendants' use of covered countermeasures.

18    Accordingly, the Complaint is hereby dismissed with prejudice and this matter
19 is closed.

20 **IT IS SO ORDERED**

21 Dated: _____

22
23                                    _____
                                      Honorable Dolly M. Gee