Michael P. West, Esq. (SBN 172478)
Ashley A. Escudero, Esq. (SBN 250473)
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891 9100
Facsimile:   (213) 488-1178
mwest@clarkhill.com
aescudero@clarkhill.com

Attorneys for Defendant,
DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER (also sued and served as "Brookfield Healthcare Center")

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKFIELD HEALTHCARE CENTER, unknown business entity; DOWNEY COMMUNITY CARE LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-02062 DMG (ASx)<br><br>**DECLARATION OF MICHAEL P. WEST, ESQ. IN SUPPORT OF DEFENDANT DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER'S OPPOSITION TO MOTION FOR REMAND**<br><br>Date:       April 16, 2021<br>Time:      9:30 a.m.<br>Crtroom:  8C |

I, Michael P. West, hereby declare the following:

1. I am over the age of 18 years old, and am a Member with the law firm Clark Hill, LLP, attorneys of record for Defendant, Downey Community Care, LLC dba Brookfield Healthcare Center ("Defendant"). I submit this declaration in support of Defendant's Opposition to Motion for Remand.  If called as a witness, I would and could testify competently to the following facts, of which I have personal knowledge.

1

**DECLARATION OF MICHAEL P. WEST, ESQ. IN SUPPORT OF DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER'S OPPOSITION TO MOTION FOR REMAND**

2.    Attached hereto at Exhibit 1 is a true and correct copy of a California Department of Public Health COVID-19 Focused Infection Control Survey dated July 16, 2020.

3.    Attached hereto at Exhibit 2 is a true and correct copy of a California Department of Public Health COVID-19 Focused Infection Control Survey dated March 30, 2020.

4.    Attached hereto at Exhibit 3 is a true and correct copy of a California Department of Public Health COVID-10 Focused Infection Control Survey dated June 18, 2020.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 26th, 2021 at Los Angeles, California.

/s/Michael P. West
Michael P. West, *Declarant*

**DECLARATION OF MICHAEL P. WEST, ESQ. IN SUPPORT OF DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER'S OPPOSITION TO MOTION FOR REMAND**

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: March 26, 2021

/s/ Michael P. West
Michael P. West

*Attorneys for Defendants,*
Downey Community Care LLC dba Brookfield Healthcare Center

*Attorney for Plaintiffs:*

Kennth G. Ruttenberg, Esq. (167377)
**THE RUTTENBERG LAW FIRM, P.C.**
1901 Avenue of the Stars, Suite 1020
Los Angeles, CA  90067
Tel:  (310) 979-7080
Fax: (310) 207-4033
Email:  ken@ruttenbergpc.com

262328896.v1