Michael P. West, Esq. (SBN 172478)
Ashley A. Escudero, Esq. (SBN 250473)
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891 9100
Facsimile: (213) 488-1178
mwest@clarkhill.com
aescudero@clarkhill.com

Attorneys for Defendant,
DOWNEY COMMUNITY CARE, LLC DBA BROOKFIELD HEALTHCARE CENTER (also sued and served as "Brookfield Healthcare Center")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN PADILLA, LETICIA PADILLA, JOSE PADILLA, JESUS PADILLA, ISMAEL PADILLA, and ALFREDO PADILLA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKFIELD HEALTHCARE CENTER, unknown business entity; DOWNEY COMMUNITY CARE LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02062 DMG (ASx)<br><br>**DEFENDANT DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR REMAND**<br><br>**[Filed concurrently with Defendant's Opposition to Motion for Remand; and Declaration if Michael P. West, Esq. in Support of Opposition to Motion for Remand]**<br><br>Date: April 16, 2021<br>Time: 9:30 a.m.<br>Crtroom: 8C |

Defendant DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER ("Defendant") pursuant to Federal Rule of Evidence 201, requests that the Court take judicial notice of and consider the content of the following materials in consideration of Defendant's Opposition to Motion for Remand:

1

**DEFENDANT DOWNEY COMMUNITY CARE, LLC D/B/A BROOKFIELD HEALTHCARE CENTER'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR REMAND**

1. California Department of Public Health COVID-19 Focused Infection Control Survey dated July 16, 2020, a true and correct copy of which is attached hereto at Exhibit 1;

2. California Department of Public Health COVID-19 Focused Infection Control Survey dated March 30, 2020, a true and correct copy of which is attached hereto at Exhibit 2;

3. California Department of Public Health COVID-10 Focused Infection Control Survey dated June 18, 2020, a true and correct copy of which is attached hereto at Exhibit 3;

4. Advisory Opinion 21-01 on the Public Readiness and Emergency Preparedness Act Scope of Preemption Provision issued January 8, 2021, a true and correct copy of which is attached hereto at Exhibit 4.

Respectfully submitted this 26th day of March, 2021.

**CLARK HILL LLP**

By: /s/ Michael P. West
    Michael P. West
    Ashley Escudero
    *Attorneys for Defendant,*
    *Downey Community Care, LLC dba*
    *Brookfield Healthcare Center*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: March 26, 2021

/s/ Michael P. West
Michael P. West

*Attorneys for Defendants,*
Downey Community Care LLC dba
Brookfield Healthcare Center

***Attorney for Plaintiffs:***

Kennth G. Ruttenberg, Esq. (167377)
**THE RUTTENBERG LAW FIRM, P.C.**
1901 Avenue of the Stars, Suite 1020
Los Angeles, CA  90067
Tel:  (310) 979-7080
Fax: (310) 207-4033
Email:  ken@ruttenbergpc.com

262328896.v1